**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| Debtors. | Jointly Administered |
| HOWARD M. EHRENBERG, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., et al, | |
| Plaintiffs, | Adv. Pro. No. 8-20-08048-ast |
| - against - | |
| FIDELITY NATIONAL TITLE INSURANCE COMPANY, | |
| Defendants. | |

## SO ORDERED STIPULATION EXTENDING
## <u>DEADLINE TO RESPOND TO COMPLAINT</u>

WHEREAS, Defendant was served with the summons and complaint on or about May 11, 2020. Defendant does not challenge personal jurisdiction and waives any objection to service of process in this adversary proceeding

WHEREAS, Defendants' deadline under Federal Rule of Bankruptcy Procedure 7012(a) to answer or otherwise respond to the Complaint in this adversary proceeding is June 7, 2020; and

WHEREAS, Plaintiff has agreed to extend Defendants' response deadline through July 7, 2020.

NOW THEREFORE, Plaintiff and Defendants hereby stipulate and agree, and on Court approval hereof it shall be ordered, that Defendants' deadline to answer or otherwise respond to the Complaint is hereby extended through **July 7, 2020**.

| | |
|---|---|
| **FIDELITY NATIONAL LAW GROUP** <br> Attorneys for Defendant | **PACHULSKI STANG ZIEHL & JONES, LLP** <br> Attorneys for Plaintiff |
| /s/ Joyce A. Davis \_\_\_\_ <br> Joyce A. Davis, Esq. (JD3627) <br><br> Dated: June 8, 2020 | /s/ Jeffrey P. Nolan <br> Ilan Scharf, Esq. <br> Jeffrey P. Nolan, Esq. (Admitted pro hac vice) <br><br> Dated: June 8, 2020 |

SO ORDERED this _____day of _____, 2020

———————————————————
Honorable:
United States Bankruptcy Judge