# EXHIBIT 6

J.P.Morgan

ELIZABETH KELLY

**Primary Account:**
For the Period 12/30/17 to 1/31/18

## Private Client Checking Plus

### Checking Account Summary

| | Amount |
|---|---|
| Beginning Balance | |
| Deposits & Credits | |
| Checks Paid | |
| ATM & Debit Card Transactions | |
| Payments & Transfers | |
| Ending Balance | |

| | |
|---|---|
| Annual Percentage Yield Earned This Period* | 0.01% |
| Interest Paid This Period | $22.46 |
| Interest Paid Year-to-Date | $22.46 |

*Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.

Interest paid in 2017 for account 00000000002511111953 was $112.18.

### Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 01/08 | | 3.00 |
| 01/12 | | 1,292.38 |
| 01/16 | Fedwire Credit Via: Wells Fargo Bank/121000248 B/O: Robinson Brog Leinwand Greene New York NY 10022-0123 Ref: Chase Nyc/Ctr/Bnf=Elizabeth Kelly Staten Island NY 10304-1355/Ac-00000 0025111 Rfb=1898 Bbi=/Time/14:00 Imad: 0116I1B7032R017761 Trn: 5890809016Ft | 1,795,000.00 |
| 01/23 | ATM Surcharge Refund   01/23 234 W  56th Street 1St New York NY Card 9539 | 0.99 |
| 01/26 | | |
| 01/31 | Interest Payment | 22.46 |
| **Total Deposits & Credits** | | |

(5)

Page 3 of 12