# EXHIBIT 8

March 10, 2017

New York Network Management, L.L.C.
9201 4th Avenue
Brooklyn, NY 11209

**Re: Resignation**

Ladies and Gentlemen:

Effective as of the date first written above, I hereby tender my resignation, and hereby resign, as a manager, director, officer and managing member, as applicable, of New York Network Management, L.L.C., a New York limited liability company and each of the following entities: (i) New York Network IPA, Inc., a New York corporation; (ii) New York Premier IPA, Inc., a New York corporation; (iii) Brooklyn Medical Systems IPA 3, Inc., a New York corporation; (iv) Brooklyn Medical Systems IPA 4, Inc., a New York corporation; (v) Brooklyn Medical Systems IPA 5, Inc., a New York corporation; and (vi) Network Management Insurance Brokerage Services, LLC, a New York limited liability company.

Very truly yours,

_____
Elizabeth Kelly

#49905052_v4