# EXHIBIT 11

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 659754
San Antonio, TX 78265 - 9754

March 01, 2017 through March 31, 2017
Account Number:

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00005572 DRI 802 151 09117 NNNNNNNNNNN  1 000000000 60 0000
NEW YORK NETWORK MANAGEMENT, L.L.C.
HAMILTON FINANCIAL CENTER
9201 FOURTH AVE 4THFL
BROOKLYN NY 11209-7065



## CHECKING SUMMARY   Chase Analysis Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | ▮ |
| Deposits and Additions | 27 | ▮ |
| Checks Paid | 78 | ▮ |
| Electronic Withdrawals | 22 | ▮ |
| Fees | 1 | ▮ |
| **Ending Balance** | 128 | ▮ |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/17 | Online Transfer From Chk ...1953 Transaction#: 6084461151 | 50,000.00 |
| 03/20 | Online Transfer From Chk ...1953 Transaction#: 6091110986 | 125,000.00 |
| 03/20 | Online Transfer From Chk ...1953 Transaction#: 6091112212 | 125,000.00 |
| 03/21 | Remote Online Deposit  1 | |
| 03/21 | Remote Online Deposit  1 | |
| 03/21 | Remote Online Deposit  1 | |
| 03/21 | Remote Online Deposit  1 | |
| 03/21 | Remote Online Deposit  1 | |

*Handwritten annotation:* EKelly Reimbursement to LLC For Distribution made in error



March 01, 2017 through March 31, 2017
Account Number: ▇▇▇▇▇▇▇▇

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | *(redacted)* | |
| 03/20 | 03/20 Online Transfer To Chk ...1953 Transaction#: 6089888276 | 50,000.00 |
| 03/20 | 03/20 Online Wire Transfer Via: Mfrs Buf/022000046 A/C: Aba/031302955 Frostburg MD 21532 Ben: Aju Associates LLC Brooklyn NY 11209 US Ref:/Time/14:06 Imad: 0320B1Qgc07C011960 Trn: 4790300079Es | 125,000.00 |
| 03/20 | 03/20 Online Wire Transfer A/C: Ideal Healthcare Technologies LLC Allendale, NJ 074011765 Trn: 4815500079Es | 125,000.00 |
| | *(redacted)* | |

*Handwritten annotation: "Distributions made in error" with bracket around the two $125,000.00 entries*

## FEES

*(redacted)*

# J.P.Morgan

ELIZABETH KELLY

Primary Account:
For the Period 3/4/17 to 4/5/17

Annual Percentage Yield Earned This Period*    0.01%
Interest Paid This Period    $40.00
Interest Paid Year-to-Date    $40.59

## Chase Private Client Checking

### Checking Account Summary

Beginning Balance
Deposits & Credits
Checks Paid
ATM & Debit Card Transactions
Payments & Transfers
Fees, Charges & Other Withdrawals
Ending Balance

*Annual Percentage Yield Earned is an annualized rate that reflects the relationship between the amount of interest actually earned on the account during this statement period and the average daily balance in this account for the same period.

### Deposits & Credits

| Date | Description | Amount |
|---|---|---|
| 03/20 | Online Transfer From Chk ...3730 Transaction#: 6089888276 | 50,000.00 |
| 03/28 | Miscellaneous Fee Reversal | 40.00 |
| 03/28 | Miscellaneous Fee Reversal | 40.00 |
| 03/28 | Miscellaneous Fee Reversal | 25.00 |
| 03/28 | Miscellaneous Fee Reversal | 25.00 |
| 03/28 | Miscellaneous Fee Reversal | 25.00 |
| 03/28 | Miscellaneous Fee Reversal | 25.00 |
| 03/28 | Miscellaneous Fee Reversal | 25.00 |
| 03/28 | Miscellaneous Fee Reversal | 25.00 |
| 03/28 | Miscellaneous Fee Reversal | 25.00 |

*[handwritten note next to 50,000.00: "Error - See Reimbursement Back to LLC."]*



J.P.Morgan

ELIZABETH KELLY

Primary Account: ████ 11953
For the Period 3/4/17 to 4/5/17

Page 7 of 14

## Payments & Transfers CONTINUED

| Date | Description | Amount |
|---|---|---|
| 03/20 | 03/20 Online Transfer To Chk ...3730 Transaction#: 6091110986 Reim b LLC for Error | 125,000.00 |
| 03/20 | 03/20 Online Transfer To Chk ...3730 Transaction#: 6091112212 | 125,000.00 |

J.P.Morgan