**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC. | Case No. 18-71748 (AST) |
| Debtors. | Jointly Administered |
| HOWARD M. EHRENBERG, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., et al, | |
| Plaintiffs, | Adv. Pro. No. 8-20-08048-ast |
| - against - | |
| ELIZABETH KELLY; FIDELITY NATIONAL TITLE INSURANCE COMPANY, | |
| Defendants. | |

**SO ORDERED STIPULATION EXTENDING**
**DEADLINE TO RESPOND TO COMPLAINT**

WHEREAS, Defendant Fidelity National Title Insurance Company ("FNTIC") was served with the summons and complaint on or about May 11, 2020. Defendant, does not challenge personal jurisdiction and waives any objection to service of process in this adversary proceeding

WHEREAS, Defendant, FNTIC deadline under Federal Rule of Bankruptcy Procedure 7012(a) to answer or otherwise respond to the Complaint in this adversary proceeding was June 7, 2020; and

WHEREAS, the parties to this Stipulation previously agreed to extend Defendant FNTIC's response deadline through August 7, 2020 and hereby stipulate to further extend FNTIC's response deadline to September 7, 2020.

NOW THEREFORE, Plaintiff and Defendant FNTIC hereby stipulate and agree, and on Court approval hereof it shall be ordered, that Defendants' deadline to answer or otherwise respond to the Complaint is hereby extended through **September 7, 2020**.

August 5, 2020                                         August 7, 2020

**FIDELITY NATIONAL**                     **PACHULSKI STANG ZIEHL**
**LAW GROUP**                                  **& JONES, LLP**
*Attorneys for Defendant Fidelity*          *Attorneys for Plaintiff*
*National Title Insurance Company*

/s/ Joyce A. Davis_____                    _/s/ Jeffrey P. Nolan_____
Joyce A. Davis, Esq. (JD3627)               Ilan Scharf, Esq.
                                                        Jeffrey P. Nolan, Esq.
                                                        (Admitted pro hac vice)



**Dated: August 17, 2020**                   _____
**Central Islip, New York**                    **Alan S. Trust**
                                                        **United States Bankruptcy Judge**