UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ORION HEALTHCORP, INC[1]. | : Case No. 8-18-71748 (AST) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | : Adv. Pro. No. 8-20-08048 (AST) |
| | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : |
| ELIZABETH KELLY; FIDELITY NATIONAL TITLE INSURANCE COMPANY, | : |
| | : |
| Defendant(s). | : |

------------------------------------------------------

## STIPULATION RE BRIEFING SCHEDULE

Plaintiff, Howard Ehrenberg, in his capacity as Liquidating Trustee of Orion Healthcare, Inc. (the "Plaintiff") and Defendant Elizabeth Kelly ("Kelly", and collectively the "Parties"), by and through their undersigned counsel of record, submit the attached briefing schedule with respect to Defendant Elizabeth Kelly's Motion To Dismiss Complaint pursuant to Federal Rule of Civil Procedure 12(b) [Dkt No. 12] (the "Motion To Dismiss");

1.    Having made no additional progress in resolving the adversary or various issues

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

since participation in the multi-party mediations held on multiple occasions before Judge Rosen, Ret., and

2. The Parties submit the following briefing schedule with respect to briefing the Motion to Dismiss.

3. The stipulation is made in good faith and not with the intent to hinder or delay this adversary proceeding.

**NOW AND THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

1. No later than October 3, 2022, Plaintiff will serve his Opposition or Responding Brief to the Motion to Dismiss;

2. Within thirty (30) days of service of Plaintiff's Opposition or Responding Brief, Defendant Kelly will file a Reply, if any.

3. The Parties will file a letter with the Court advising of the closing of briefing.

4. Each person who executes this Stipulation represents that he or she is duly authorized to execute this Stipulation on behalf of the respective Parties hereto and that each such party has full knowledge and has consented to this Stipulation

5. This Stipulation may be executed in one or more counterparts, any of which may be transmitted by facsimile or electronic transmission, and each of which shall be deemed an original, but all of which together shall constitute one and the same document.

Dated: August 16, 2022

**PACHULSKI STANG ZIEHL & JONES LLP**
Attorneys for Plaintiff Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al

By: _____/s/_____
    Ilan D. Scharf, Esq.
    Jeffrey P. Nolan, Esq.
    780 Third Avenue, 34th Floor
    New York, NY 10017
    Tel: (212) 561-7700
    Email: ischarf@pszjlaw.com
            jnolan@pszjlaw.com

**SO ORDERED:**

Dated: August 16, 2022

**SILVERMANACAMPORA LLP**
Attorneys for Defendants Elizabeth Kelly

By: _____/S/_____
    Anthony C. Acampora, Esq.
    Brian Powers, Esq.
    100 Jericho Quadrangle, Suite 300
    Jericho, NY 11753
    Tel: (516) 479-6300
    Email: aacampora@sallp.com
           bpowers@sallp.com