UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 8-18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 8-20-08048 (AST) |
| Plaintiff, | |
| v. | |
| ELIZABETH KELLY, | |
| Defendant(s) | |

**CASE MANAGEMENT AND DISCOVERY PLAN
AND SETTTING OF STATUS CONFERENCE**

In order to promote the efficient and expeditious disposition of the above-captioned adversary proceeding (the "Adversary Proceeding"), the following schedule ("Discovery Plan") shall apply to the Adversary Proceeding. This Discovery Plan is submitted in accordance with Fed. R. Civ. P. 16(b) and 26(f).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

1. Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) shall be completed no later than ten days from entering of the order implementing the Discovery Plan.

2. The parties have met and conferred regarding documents maintained in electronic format. Plaintiff has identified the issue of the Debtors' servers, some of which have been coded into a searchable format while others which would require additional time and expenditures. Defendant has identified no potential issue. The parties will cooperate to facilitate the exchange of relevant evidence stored in any electronic format.

3. All <u>fact</u> discovery shall be completed no later than September 25, 2023.

4. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure ("Civil Rules"), Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Eastern District of New York ("Local Bankruptcy Rules"). The parties anticipate discovery on the subject transfers, the acquisition of NYNM, its subsequent operations, Defendant's duties and actions as the alleged President and CEO of NYNM, and the filed claim asserted in the bankruptcy.

5. Expert discovery

    a. All <u>expert</u> discovery shall be completed no later than December 7, 2023.

    b. No later than October 6, 2023: (i) the party bearing the burden of proof on any issue (including the issue of solvency, to the extent the Defendant intends to challenge the statutory presumption of insolvency) shall make all disclosures required under Fed. R. Civ. P. 26 (a)(2); and (ii) all rebuttal or responsive expert reports and other disclosures required under Fed. R. Civ. P. 26 (a)(2) shall be made no later than thirty (30) days after November 6, 2023.

6. Mediation

If the parties desire and agree to mediate their dispute(s) at any time during the pendency of this adversary proceeding, they shall jointly file a stipulation (the "Stipulation") with the Court

7. Motions

a. All motions and applications shall be governed by the Civil Rules, Bankruptcy Rules and Local Bankruptcy Rules, including pre-motion conference requirements. Pursuant to the authority provided by Fed. R. Civ. P. 16(b)(2), a motion for summary judgment will be deemed untimely unless a request for a pre-motion conference relating thereto *(see* Local Bankruptcy Rule 7056-1) is made in writing within fourteen (14) days after the close of fact discovery *(see* paragraph 3 hereof).

8. Trial

a. Trial in this matter is scheduled for a date to be determined. The proposed Joint Pretrial Order shall be prepared and submitted on or before a date to be determined. Plaintiff's trial estimate is three days. Defendant's trial estimate is a date to be determined.

9. This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend any deadline established by this Order shall be made in a written application no less than five (5) days prior to the expiration of the date sought to be extended.

Dated: April 13, 2023

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** <br> Attorneys for Plaintiff Howard M. Ehrenberg, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., *et al* <br><br> By:  /s/ Jeffrey P. Nolan <br>     Ilan D. Scharf, Esq. <br>     Jeffrey P. Nolan, Esq., (*Pro Hac Vice*) <br>     780 Third Avenue, 34th Floor <br>     New York, NY 10017 <br>    Tel: (212) 561-7700 <br>     Email:  ischarf@pszjlaw.com <br>              jnolan@pszjlaw.com | **Silverman, Acampora, LLP** <br> Attorney for Defendant, Elizabeth Kelly <br><br><br><br> By:  /s/ Brian Powers <br>     Anthony Acampora <br>     Brian Powers <br>     100 Jericho Quadrangle Suite 300 <br>     Jericho, New York 11753 <br>    Tel:  (516)-479-6357 <br>     Email: <br>     BPowers@SilvermanAcampora.com <br>     Aacampora@SilvermanAcampora.com |

**SO ORDERED**; and it is further

**ORDERED**, that the parties to appear for a status conference in this Adversary Proceeding on **October 18, 2023, at 12:00 P.M**., at the U.S. Bankruptcy Court, Alfonse M. D'Amato Federal Courthouse, 290 Federal Plaza, Room 960, Central Islip, New York 11722. The status conference will be conducted on the Zoom platform. All parties and persons seeking to appear must register through eCourt Appearances. Instructions for registering are available on the Court's website at https://www.nyeb.uscourts.gov/node/2126; and it is further

**ORDERED**, that Plaintiff in this Adversary Proceeding serve a copy of this Order upon all parties entitled to service, within two business days of entry of this Order.



Dated: May 17, 2023
       Central Islip, New York

_____
                    Alan S. Trust
        Chief United States Bankruptcy Judge