UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                          Chapter 11

ORION HEALTHCORP, INC., *ET AL.*                          Case No.: 18-71748 (AST)

                                                                                (Jointly Administered)

                        Debtors.
---------------------------------------------------------------x
HOWARD M. EHRENBERG, IN HIS CAPACITY
AS LIQUIDATING TRUSTEE OF ORION
HEALTHCORP., INC., *ET AL.*,
                                                                                Adv. Pro. No.: 20-08048 (AST)
                        Plaintiff,

    -against-

ELIZABETH KELLY

                        Defendant.
---------------------------------------------------------------x

## SUBSTITUTION OF COUNSEL

**IT IS HEREBY CONSENTED THAT** the law firm Rimon, P.C., be substituted as attorney of record for defendant Elizabeth Kelly, in the above-entitled action, in place and in stead of Silverman Acampora LLP, as of the date hereof.

Facsimile or scanned signatures may be used, and this consent form may be signed in counterparts.

Dated: Jericho, New York
       September 20, 2023

RIMON, P.C.
*Incoming Attorneys*

By: _____
Anthony C. Acampora
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

*[SIGNATURES CONTINUED ON NEXT PAGE]*

2879284v1 / 068019 1 / GMEYERS

Dated: Jericho, New York
September 27, 2023

By: _____
SILVERMAN ACAMPORA LLP
*Outgoing attorneys*

Anthony C. Acampora
100 Jericho Quadrangle, Suite 300
Jericho, New York 11753
(516) 479-6300

Dated: Staten Island, New York
September 27, 2023

By: _____
Elizabeth Kelly