

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**
FACSIMILE: 310/201 0760

**SAN FRANCISCO**
150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**
FACSIMILE: 415/263 7010

**DELAWARE**
919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**
FACSIMILE: 302/652 4400

**NEW YORK**
780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**
FACSIMILE: 212/561 7777

**TEXAS**
440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

**TELEPHONE: 713/691 9385**
FACSIMILE: 713/691 9407

WEB: www.pszjlaw.com

Jeffrey P. Nolan

October 21, 2023

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
Chief Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    **Re:**    **In re Orion HealthCorp, Inc., et al.**
              **Howard M. Ehrenberg v. Elizabeth Kelly**
              <u>**USBC EDNY Adv. Proc. No. 20-08048-ast**</u>

Dear Judge Trust:

      We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

      Per the Court's instruction, I write to confirm the Court has continued the Status Conference from October 18, 2023 at 12:00 p.m. (prevailing Eastern Time) to **January 23, 2024 at 1:30 p.m. (prevailing Eastern Time)**, before the Honorable Alan S. Trust, United States Bankruptcy Judge, Courtroom 960 of the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.

      The Liquidating Trustee will cause this letter to be served on all parties entitled to receive notice.

                        Very truly yours,

                        */s/ Jeffrey P. Nolan*
                        Jeffrey P. Nolan

cc: Anthony C. Acampora, Esq. (Via ECF)
     (Counsel for Defendant)

DOCS_NY:48771.1 65004/003