UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re:
ORION HEALTHCORP, INC.,

                Debtors.

Chapter 11
Case No.: 18-71748 (AST)
(Jointly Administered)

------------------------------------------------------------X

HOWARD M. EHRENBERG IN HIS CAPACITY
AS LIQUIDATING TRUSTEE OF ORION
HEALTHCORP, INC., *ET AL*.,

                Plaintiff,

-against-

ELIZABETH KELLY

                Defendants.

Adv. Pro. No.: 20-08048 (AST)

------------------------------------------------------------X

## ORDER FOR ADMISSION TO PRACTICE PRO HAC VICE

The motion for admission to practice pro hac vice in the above-captioned matter is granted. The admitted attorney, Margaret C. McDonald, is permitted to argue or try this particular case in whole or in part as counsel. The admitted attorney may, enter appearances for parties, sign stipulations, receive payments upon judgments, decrees or orders, and otherwise serve as counsel in this case.

The Clerk is directed to enter the above attorney's appearance as counsel in the above-captioned case. The above-named attorney must serve a copy of this Order on the plaintiff and/or it's counsel (if any,) Debtor's counsel (if any,) the trustee (if any,) and all parties who filed notices of appearance, and file a certificate of such service within 10 days of the date hereof.



Dated: October 27, 2023
       Central Islip, New York

_____
       Alan S. Trust
Chief United States Bankruptcy Judge