UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11
ORION HEALTHCORP, INC.,                                  Case No.: 18-71748 (AST)
                                                                              (Jointly Administered)
                          Debtors.
-----------------------------------------------------------X
HOWARD M. EHRENBERG IN HIS CAPACITY
AS LIQUIDATING TRUSTEE OF ORION
HEALTHCORP, INC., *ET AL*.,
                          Plaintiff,
                                                                              Adv. Pro. No.: 20-08048 (AST)
-against-

ELIZABETH KELLY

                          Defendants.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

| STATE OF NEW YORK | ) | |
|---|---|---|
| | ) | s.s.: |
| COUNTY OF NEW YORK | ) | |

Christopher M. LauKamg, the undersigned deposes and says: I am over 18 years of age, am not a party in the above-captioned case, and am employed by the firm of Reed Smith LLP.

On October 30, 2023, I caused to be served a true and correct copy of the **Order for Admission to Practice Pro Hac Vice (Nicholas R. Rodriguez)**(Dkt No. 40) and **Order for Admission to Practice Pro Hac Vice (Margaret C. McDonald)**(Dkt No. 41) by First Class Mail, postage prepaid upon the parties listed below.

| | |
|---|---|
| Jeffrey P. Nolan<br>Ilan D. Scharf<br>Pachulski Stang Ziehl & Jones LLP<br>780 Third Avenue<br>New York, NY 10017 | Anthony C. Acampora<br>Rimon, P.C.<br>100 Jericho Quadrangle<br>Jericho, NY 11753 |

*Christopher M. LauKamg* (signature)
Christopher M. LauKamg

Sworn to before me this
30th day of October, 2023

*(signature)*

Jose A. Castillo, Jr.
Notary Public, State of New York
No. 01CA6356215
Qualified in New York County
Commission Expires March 27, 2025