UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 8-18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 8-20-08048 (AST) |
| Plaintiff, | |
| v. | |
| ELIZABETH KELLY, | |
| Defendant(s) | |

**AMENDED CASE MANAGEMENT AND DISCOVERY PLAN**

In order to promote the efficient and expeditious disposition of the above-captioned adversary proceeding (the "Adversary Proceeding"), the following AMENDED schedule ("Discovery Plan") shall apply to the Adversary Proceeding. This Discovery Plan is submitted in accordance with Fed. R. Civ. P. 16(b) and 26(f).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

1. Documents responsive to the Parties request for the production of documents are to be produced, to the extent not already produced by a Party, not later than October 31, 2023.

2. The Case Management and Discovery Plan [Dkt No. 32] is hereby amended pursuant to the discussion on the record at the October 18, 2023, Pre-Trial Conference. The Parties are ordered to attend mediation which is to be completed prior to December 31, 2023.

3. <u>Fact Discovery</u>:  All <u>fact</u> discovery shall be extended through to the next status conference scheduled for January 23, 2024, at 1:30 pm at which time, if the matter has not been resolved in mediation, the Court will set a final fact discovery deadlines.

4. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure ("Civil Rules"), Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Eastern District of New York ("Local Bankruptcy Rules").

5. <u>Expert discovery</u>: All <u>expert</u> discovery deadlines are extended pending the Parties attendance at mediation.  If the matter has not been resolved in mediation, the Court will set final expert discovery deadline at the next to the next status conference.

Dated:  November 2, 2023

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP**<br>Attorneys for Plaintiff Howard M. Ehrenberg, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., *et al*<br><br>By: */s/ Jeffrey P. Nolan*<br>Ilan D. Scharf, Esq.<br>Jeffrey P. Nolan, Esq., (*Pro Hac Vice*)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Tel: (212) 561-7700<br>Email: ischarf@pszjlaw.com<br>jnolan@pszjlaw.com | **RIMON PC**<br>Attorney for Defendant, Elizabeth Kelly<br><br><br>By: */s/ Brian Powers*<br>Anthony Acampora<br>Brian Powers<br>100 Jericho Quadrangle Suite 300<br>Jericho, New York 11753<br>Tel: (516)-479-6357<br>Email: Anthony C.<br>anthony.acampora@rimonlaw.com<br>brian.powers@rimonlaw.com |

**REED SMITH LLP**
Attorneys for Plaintiff Howard M. Ehrenberg, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., *et al*

By: */s/ Jeffrey P. Nolan*
    Benjamin R. Fliegel
    355 South Grand Ave., Suite 2900
    Los Angeles, CA 90071
    Tel: (212) 561-7700
    Email: bfliegel@reedsmith.com

**SO ORDERED:**