Job #: 1479107

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
Attorney: RIMON PC
Address: 100 Jericho Quadrangle, Suite 300 Jericho, NY 11753

Orion Healthcorp., Inc.   Debtor

HOWARD M. EHRENBERG in his capacity as Liquidating Trustee of ORION HEALTHCORP. INC., et al.,

Plaintiff

vs

ELIZABETH KELLY; FIDELITY NATIONAL TITLE INS. CO.,

Defendant

Index Number: Case No. 18-71748 (AST)
Chapter 11
Client's File No.:
Court Date:
Court Time:
Adv. Proc. No.: 20-08048 (AST)

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Baldeo C. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **11/14/2023**, at **1:52 PM** at: **750 THIRD AVE, NEW YORK, NY 10022** Deponent served the within **Subpoena to Testify at Deposition in a Bankruptcy Case (or Adversary Proceeding), Chapter 11, Federal Rule of Civil Procedure 45(c),(d),(e), and (g)(Effective 12/1/2013) (made applicable in bankruptcy cases by Rule 9016, Federal Rules Of Bankruptcy Procedure with Schedule A**

On: **FTI CONSULTING, INC.**, therein named.
Said documents were conformed with index number endorsed thereon.

☒ **#1 Corporation or Partnership or Trust or LLC or Agency or P.C. or Banking Institution or Insurance Company/ Agency**
By delivering thereat a true copy of each to Waheeda personally. Deponent knew said entity to be the corporation/partnership /trust /LLC/ agency/ P.C. /banking institution / insurance company/ agency described in said aforementioned document as said defendant and knew said individual to be Authorized Person thereof, authorized to accept on behalf.

☒ **#2 DESCRIPTION**
Sex: Female         Color of skin: Indian         Color of hair: Black    Glasses: Yes
Age: 36-50          Height: 5ft 9inch - 6ft 0inch                        Weight: 131-160 Lbs.    Other Features:

☒ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $40.00.

☒ **#4 OTHER**
Waheeda, as authorized person, stated that she can accept service. She then asked me to wait for a few minutes and when she returned from the back of the office, she stated that she is refusing service. I served her the document and left the office.

Sworn to before me on 11/14/2023

LATCHME DEVI DREPAUL
Notary Public, State of New York
Registration No. 01DR6332029
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/26/2027

Baldeo C. Drepaul
DCA License# 2093579

COURT SUPPORT, INC., 265 POST AVE #150, WESTBURY, NY 11590 LICENSE #1382542