United States Bankruptcy Court
Eastern District of New York

Ehrenberg,
    Plaintiff

Elizabeth Kelly,
    Defendant

Adv. Proc. No. 20-08048-ast

# CERTIFICATE OF NOTICE

District/off: 0207-8     User: admin     Page 1 of 2
Date Rcvd: Dec 08, 2023     Form ID: pdf000     Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Margaret C. McDonald, Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514 |
| aty | + | Nicholas R. Rodriguez, Reed Smith LLP, 1717 Arch Street, Suite 3100, Philadelphia, PA 19103-7394 |
| 10239190 | | Reed Smith LLP, Attn: Benjamin R. Fliegel, 355 South Grand Avenue, Suite 2900, Los Angeles, CA 90071-1514 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion02.li.ecf@usdoj.gov | Dec 08 2023 18:16:00 | United States Trustee, Long Island Federal Courthouse, 560 Federal Plaza - Room 560, Central Islip, NY 11722-4456 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

**Name**     **Email Address**

Anthony C Acampora
    on behalf of Defendant Elizabeth Kelly anthony.acampora@rimonlaw.com docketing@rimonlaw.com;kenneth.silverman@rimonlaw.com

Benjamin R. Fliegel

| | | |
|---|---|---|
| District/off: 0207-8 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 08, 2023 | Form ID: pdf000 | Total Noticed: 4 |

               on behalf of Plaintiff Howard M. Ehrenberg bfliegel@reedsmith.com

Ilan D Scharf
               on behalf of Plaintiff Howard M. Ehrenberg ischarf@pszyjw.com  lcanty@pszjlaw.com

Jeffrey P Nolan
               on behalf of Plaintiff Howard M. Ehrenberg jnolan@pszjlaw.com  lcanty@pszjlaw.com

Joyce Davis
               on behalf of Defendant Fidelity National Title Insurance Company Joyce.Davis@fnf.com

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| ORION HEALTHCORP, INC[1]. | Case No. 8-18-71748 (AST) |
| Debtors. | (Jointly Administered) |
| HOWARD M. EHRENBERG IN HIS CAPACITY AS LIQUIDATING TRUSTEE OF ORION HEALTHCORP, INC., ET AL., | Adv. Pro. No. 8-20-08048 (AST) |
| Plaintiff, | |
| v. | |
| ELIZABETH KELLY, | |
| Defendant(s) | |

**AMENDED CASE MANAGEMENT AND DISCOVERY PLAN**

In order to promote the efficient and expeditious disposition of the above-captioned adversary proceeding (the "Adversary Proceeding"), the following AMENDED schedule ("Discovery Plan") shall apply to the Adversary Proceeding. This Discovery Plan is submitted in accordance with Fed. R. Civ. P. 16(b) and 26(f).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Orion Healthcorp, Inc. (7246); Constellation Healthcare Technologies, Inc. (0135); NEMS Acquisition, LLC (7378); Northeast Medical Solutions, LLC (2703); NEMS West Virginia, LLC (unknown); Physicians Practice Plus Holdings, LLC (6100); Physicians Practice Plus, LLC (4122); Medical Billing Services, Inc. (2971); Rand Medical Billing, Inc. (7887); RMI Physician Services Corporation (7239); Western Skies Practice Management, Inc. (1904); Integrated Physician Solutions, Inc. (0543); NYNM Acquisition, LLC (unknown) Northstar FHA, LLC (unknown); Northstar First Health, LLC (unknown); Vachette Business Services, Ltd. (4672); Phoenix Health, LLC (0856); MDRX Medical Billing, LLC (5410); VEGA Medical Professionals, LLC (1055); Allegiance Consulting Associates, LLC (7291); Allegiance Billing & Consulting, LLC (7141); New York Network Management, LLC (7168). The corporate headquarters and the mailing address for the Debtors listed above is 1715 Route 35 North, Suite 303, Middletown, NJ 07748.

1. Documents responsive to the Parties request for the production of documents are to be produced, to the extent not already produced by a Party, not later than October 31, 2023.

2. The Case Management and Discovery Plan [Dkt No. 32] is hereby amended pursuant to the discussion on the record at the October 18, 2023, Pre-Trial Conference. The Parties are ordered to attend mediation which is to be completed prior to December 31, 2023.

3. <u>Fact Discovery</u>: All <u>fact</u> discovery shall be extended through to the next status conference scheduled for January 23, 2024, at 1:30 pm at which time, if the matter has not been resolved in mediation, the Court will set a final fact discovery deadlines.

4. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure ("Civil Rules"), Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") and the Local Rules of the Bankruptcy Court for the Eastern District of New York ("Local Bankruptcy Rules").

5. <u>Expert discovery</u>: All <u>expert</u> discovery deadlines are extended pending the Parties attendance at mediation. If the matter has not been resolved in mediation, the Court will set final expert discovery deadline at the next to the next status conference.

Dated: November 2, 2023

| | |
|---|---|
| **PACHULSKI STANG ZIEHL & JONES LLP** | **RIMON PC** |
| Attorneys for Plaintiff Howard M. Ehrenberg, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., *et al* | Attorney for Defendant, Elizabeth Kelly |

By:  */s/ Jeffrey P. Nolan*
    Ilan D. Scharf, Esq.
    Jeffrey P. Nolan, Esq., (*Pro Hac Vice*)
    780 Third Avenue, 34th Floor
    New York, NY 10017
    Tel: (212) 561-7700
    Email:  ischarf@pszjlaw.com
        jnolan@pszjlaw.com

By:  */s/ Brian Powers*
    Anthony Acampora
    Brian Powers
    100 Jericho Quadrangle Suite 300
    Jericho, New York 11753
    Tel:  (516)-479-6357
    Email: Anthony C.
    anthony.acampora@rimonlaw.com
    brian.powers@rimonlaw.com

**REED SMITH LLP**
Attorneys for Plaintiff Howard M. Ehrenberg, in his capacity of Liquidating Trustee of Orion Healthcorp, Inc., *et al*

By:  */s/ Jeffrey P. Nolan*
    Benjamin R. Fliegel
    355 South Grand Ave., Suite 2900
    Los Angeles, CA 90071
    Tel: (212) 561-7700
    Email:  bfliegel@reedsmith.com

**SO ORDERED:**

Dated: December 8, 2023
    Central Islip, New York



_____
Alan S. Trust
Chief United States Bankruptcy Judge