UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re: Orion HealthCorp, Inc., et al.,   Case No. 18-71748-AST

Chapter 11

Debtor.
-----------------------------------------------------------x
HOWARD M. EHRENBERG IN HIS CAPACITY AS
LIQUIDATING TRUSTEE OF ORION HEALTHCORP,
INC., ET AL.,
   Plaintiff,

   -against-   Adv. Proc. No. 20-08048-AST

ELIZABETH KELLY,

   Defendant.
-----------------------------------------------------------x

# CERTIFICATE OF SERVICE

The undersigned certifies that on December 11, 2023, a copy of
(Date of Service/Mailing)

ORDER ASSIGNING MATTER TO MEDIATION,
(Title of Document(s) served)

was deposited in an enclosed, properly addressed postage-paid envelope, and served by

Electronic mail (email)

(Method of Delivery, e.g., Federal Express Overnight, U.S. Post Office Express Overnight….)
upon the following *[below specify the name and mailing address of each party served]*:

Asimina Dayne: ADayne@jamsadr.com; Gerald Rosen: GRosen@jamsadr.com; Brian Powers: brian.powers@rimonlaw.com; Anthony C. Acampora: anthony.acampora@rimonlaw.com; Benjamin R. Fliegel: BFliegel@ReedSmith.com

Dated: 12/11/23

/s/ Jeffrey P. Nolan
Signature
Print name: Jeffrey P. Nolan
Address: 10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Phone: 310-772-2313
Email: jnolan@pszjlaw.com