UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Orion HealthCorp, Inc., *et al*.,

                Debtor.
-------------------------------------------------------X

HOWARD M. EHRENBERG, as liquidating
Trustee of the jointly administered bankruptcy
estates of Orion HealthCorp., Inc. and Constellation
Healthcare Technologies, Inc.,

                Plaintiff.

- against -

Elizabeth Kelly;

                Defendants.
-------------------------------------------------------X

Case No.: 18-71748-AST
Chapter 11

Adv. Pro. No.: 20-08048-AST

## MEDIATION STATUS REPORT

1. The parties attended mediation on December 21, 2023.

2. In attendance were Jeffrey Nolan, Ilan Scharf and Benjamin Fliegel for the Plaintiff. Appearing for the Defendant were Anthony Acampoera, Brian Powers.

3. The matter did not settle but was the session was viewed as productive.

4. An additional mediation session is scheduled for February 1, 2024, where all parties will appear in person.

Dated: January 22, 2024

                                                */s/: Gerald E. Rosen*
                                                Hon. Gerald E. Rosen (Ret.)
                                                      JAMS Mediator