

February 20, 2024

**VIA ECF**
Honorable Alan S. Trust
United States Bankruptcy Court
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    **Re:** *In re Orion*
       **Howard M. Ehrenberg v. Elizabeth Kelly**
       **Adv. Pro. No. 20-8048-ast**

Dear Judge Trust:

  We are the attorneys for defendant Elizabeth Kelly in the above-referenced adversary proceeding. Mr. Nolan and Mr. Fliegel, copied, represent plaintiff Howard M. Ehrenberg. We submit this joint status letter pursuant to Your Honor's direction at the January 23, 2024 status conference in this matter.

  By this letter, we advise that the parties have now engaged in two in-person mediation sessions. Although the parties have continued to have discussions relating to settlement through the mediator, at this time no resolution has been reached.

                 Very truly yours,

                 *s/ Anthony C. Acampora*

                 Anthony C. Acampora

CC: Jeffrey P. Nolan (*via* e-mail)
    Benjamin R. Fliegel (*via* e-mail)