

**Driving progress**
*through partnership*

**Benjamin R. Fliegel**
Direct Phone:  +1 213 457 8050
Email:  bfliegel@reedsmith.com

Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514
+1 213 457 8000
Fax +1 213 457 8080
reedsmith.com

February 26, 2024

**VIA ECF**

Hon. Alan S. Trust, Chief Judge
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY 11722

> Re:     ***Ehrenberg v. Kelly, et al.***, Adv. Proc. No. 20-08048 (AST)
>           **Main Case: *In re Orion Healthcorp, Inc., et al.*, Main Case Nos. 18-71748-67, *et al.***

To the Hon. Alan S. Trust and all interested parties:

We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "Liquidating Trustee") in the above referenced adversary proceeding.

Per the Court's instruction, I write to confirm the Court has continued the Status Conference from February 27, 2024 at 2:00 p.m. to March 19, 2024 at 2:00 p.m. (Eastern Time), before the Honorable Alan S. Trust, United States Bankruptcy Judge, Courtroom 960 of the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Central Islip, NY 11722.


Very truly yours,

/s/  *Benjamin R. Fliegel*
Benjamin R. Fliegel
Reed Smith LLP

cc: Anthony C. Acampora, Esq. (Via ECF)
       (Counsel for Defendant