

LOS ANGELES, CA
SAN FRANCISCO, CA
WILMINGTON, DE
NEW YORK, NY

10100 SANTA MONICA BLVD.
13th FLOOR
LOS ANGELES
CALIFORNIA 90067

**TELEPHONE: 310/277 6910**

FACSIMILE: 310/201 0760

**SAN FRANCISCO**

150 CALIFORNIA STREET
15th FLOOR
SAN FRANCISCO
CALIFORNIA 94111-4500

**TELEPHONE: 415/263 7000**

FACSIMILE: 415/263 7010

**DELAWARE**

919 NORTH MARKET STREET
17th FLOOR
P.O. BOX 8705
WILMINGTON
DELAWARE 19899-8705

**TELEPHONE: 302/652 4100**

FACSIMILE: 302/652 4400

**NEW YORK**

780 THIRD AVENUE
34th FLOOR
NEW YORK
NEW YORK 10017-2024

**TELEPHONE: 212/561 7700**

FACSIMILE: 212/561 7777

**TEXAS**

440 LOUISIANA STREET
SUITE 900
HOUSTON
TEXAS 77002

**TELEPHONE: 713/691 9385**

FACSIMILE: 713/691 9407

WEB: www.pszjlaw.com

Jeffrey P. Nolan

March 21, 2024

310.772.2313
jnolan@pszjlaw.com

The Honorable Alan S. Trust
Chief Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    **Re:**    **In re Orion HealthCorp, Inc., et al.**
              **Howard M. Ehrenberg v. Elizabeth Kelly**
              <u>**USBC EDNY Adv. Proc. No. 20-08048-ast**</u>

Dear Judge Trust:

    We are counsel for Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., *et al.* (the "<u>Liquidating Trustee</u>") in the above referenced adversary proceeding.

    Per the Court's instruction, I write to confirm the Court has scheduled a Pretrial Conference on **July 23, 2024 at 2:00 p.m.** (prevailing Eastern Time), before the Honorable Alan S. Trust, United States Bankruptcy Judge, Brooklyn courthouse, 271-C Cadman Plaza, E Brooklyn, NY 11201. Appearances can be made in person or via the Zoom platform. Any party requesting authority to file motions for summary judgment or adjudication must request permission prior to July 16, 2024, or will not be considered.

    The Liquidating Trustee will cause this letter to be served on all parties entitled to receive notice.

                                 Very truly yours,

                                 */s/ Jeffrey P. Nolan*
                                 Jeffrey P. Nolan

cc: Anthony C. Acampora, Esq. (Via ECF)
    (Counsel for Defendant)

4855-6312-3872.3 65004.003