

ROSEN & ASSOCIATES, P.C.
747 THIRD AVENUE
NEW YORK, NY 10017-2803
(212) 223-1100 TELEPHONE
(212) 223-1102 FACSIMILE

www.rosenpc.com

February 16, 2024

**BY EMAIL**

The Honorable Alan S. Trust
Chief Judge
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

    Re:    **In re Orion HealthCorp, Inc., et al.**

           **Howard M. Ehrenberg in his capacity as Liquidating Trustee of Orion Healthcorp, Inc., et al. v. Arvind Walia, et al.**
           **Adv. Proc. No. 20-08049 (AST)**

Dear Judge Trust:

    A hearing on the parties' respective summary judgment motions was last convened on January 23, 2024, at 2:00 p.m. The Court adjourned the hearings to February 27, 2024, at 2:00 p.m. because the defendants' special litigation counsel had been admitted to the hospital.

    At the hearing of January 23, the Court directed that the defendants file a letter, no later than February 20, 2024, stating whether the defendants would be able to proceed on February 27.

    We write to inform the Court that the defendants' special litigation counsel has been released from the hospital and the defendants intend to proceed on February 27.

    Thank you.

                                               Respectfully,

                                               /s/ Sanford P. Rosen

                                               Sanford P. Rosen

SPR/clm
cc: Jeffrey P. Nolan, Esq.